No. 10637. The STATE OF MONTANA ex rel. DARYL E. ENGEBREGSON, Sr., RELATOR, v. The DISTRICT COURT of the Thirteenth Judicial District of the State of Montana, in and for the County of Yellowstone, and HONORABLE E. E. FENTON, a Judge Thereof, RESPONDENTS.

385 P.2d 278.

Decided August 29, 1963.

PER CURIAM.

The application for a writ of mandate is denied and the proceeding is dismissed.

No. 10639. The STATE OF MONTANA ex rel. GILBERT & BARKER MANUFACTURING COMPANY, a Massachusetts